IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

| | |
|---|---|
| KENNETH STEWART,           )<br>                            )<br>    Plaintiff,            )<br>                            )       CIVIL ACTION NO.<br>    v.                      )         2:15cv420-MHT<br>                            )             (WO)<br>KARLA JONES and             )<br>DERRICK CARTER,             )<br>                            )<br>    Defendants.             ) | |

### JUDGMENT

After an independent and de novo review of the record, it is the ORDER, JUDGMENT, and DECREE of the court that United states Magistrate Judge's recommendation (doc. no. 7) is adopted; that plaintiff's motion to withdraw complaint (doc. no. 6) is granted; and that this cause is dismissed in its entirety without prejudice.

Is further ORDERED that no costs are taxed.

The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

This case is closed.

DONE, this the 27th day of July, 2015.

                                      /s/ Myron H. Thompson
                                 UNITED STATES DISTRICT JUDGE